# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 75742-3-I |
| Appellant, | ) ) | |
| | ) | DIVISION ONE |
| v. | ) ) | |
| S.C.C., | ) | UNPUBLISHED OPINION |
| DOB: 3/30/00, | ) ) | |
| Respondent. | ) | FILED: DEC 18 2017 |

PER CURIAM. The State appeals an order sealing S.C.C.'s records following his completion of a deferred disposition and the dismissal of his conviction for possession of marijuana. The State contends "[t]he trial court violated RCW 13.40.127 and RCW 13.50.260 by sealing the Respondent's juvenile criminal case file upon successful completion of a deferred disposition before the Respondent's eighteenth birthday." Appellant's brief at 1. This contention is controlled by our recent decision in State v. H.Z.-B., __ Wn. App. __, __ P.3d __ (2017) (holding that statutes pertaining to record sealing and deferred dispositions indicate that juvenile record should be sealed when case is dismissed and do not prohibit sealing until juvenile's eighteenth birthday).[1]

Affirmed.

For the Court:

Becker, J.

Spearman, J.

Appelwick, J.

---

[1] S.C.C.'s motion to enlarge the time to file a motion to modify this court's ruling that the challenged order is appealable as a matter of right is both unpersuasive and, in light of H.Z.-B., moot.